UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA

v.

ROLAND BARNER,

                        Defendant.

----------------------------------------------------------X

**<u>SCHEDULING ORDER</u>**

7:24-cr-243-PMH

An Initial Conference has been scheduled for May 8, 2024 at 11:30 a.m. in Courtroom 520 at the White Plains Courthouse.

**SO ORDERED:**

Dated: White Plains, New York
        May 1, 2024

_____
Philip M. Halpern
United States District Judge