# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Tamara Giwa*
*Executive Director*

Southern District

---

**BY ECF & email**

Honorable Philip M. Halpern
United States District Judge
Southern District of New York
The Hon. Charles. L. Brieant Jr.
Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY  10601

> Application granted. The Change of Plea Hearing scheduled for June 18, 2024 is adjourned to August 5, 2024 at 2:30 p.m. The Government shall file a proposed order to exclude time under the Speedy Trial Act.
>
> The Clerk of Court is respectfully requested to terminate the pending letter-motion (Doc. 15).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>        June 17, 2024

Re: *United States of America v. Roland Barner*,
    24 Cr. 243 (PMH)

Honorable Judge Halpern:

With the consent of the Government, I respectfully request the Court adjourn the change of plea hearing in this matter, currently scheduled for Tuesday, June 18, 2024 at 12 P.M., for approximately 30 days.

The parties have concluded plea discussions, and it is anticipated that at the next conference Mr. Barner will request to change his current plea of not guilty. The adjournment is requested because counsel for Mr. Barner will be in trial starting on Monday, June 17, 2024. Counsel had not yet been assigned to the trial matter at the time the June 18th date was set in this case. The trial is expected to last between three and four weeks.

Accordingly, I respectfully request the Court adjourn Mr. Barner's conference to July 24, 2024, or any day the week of August 5, 2024. I have conferred with Assistant United States Attorney Shaun Werbelow, who consents to the adjournment on behalf of the United States, and who is available on the requested adjourn dates.

Finally, Mr. Barner has no objection to the Government's request that the time between June 18, 2024 and any of the requested adjourn dates be excluded from any Speedy Trial calculation.

Thank you for considering this request.

Respectfully submitted,

_____
Christopher Flood
Counsel for Mr. Roland Barner
Assistant Federal Defender
Tel.: (212) 417-8734

cc:    AUSA Shaun Werbelow (by ECF & email)