

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

| |
|---|
| Application granted. The status conference scheduled for August 29, 2024 is rescheduled to November 25, 2024 at 12:00 p.m.<br><br>SO ORDERED.<br><br>_____<br>Philip M. Halpern<br>United States District Judge<br><br>Dated:  White Plains, New York<br>         August 27, 2024 |

**Via ECF and Email**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

    Re:    *United States v. Sequamn Storts*, No. 20 Cr. 576 (PMH)

Dear Judge Halpern:

    The Government writes on behalf of the parties to respectfully request that the status conference in the above-referenced case, currently scheduled for August 29, 2024, at 4 p.m., be rescheduled to a date roughly 60 days later, at the Court's convenience.  The Government and defense counsel have been advised by the Probation Officer that Mr. Storts's next date in state court is September 5, 2024, though his appearance has been waived, and a trial date has not yet been set.  The parties accordingly respectfully request that the August 29 status conference in this case be rescheduled to a date roughly 60 days later to enable the state-court case to proceed further.  The parties and the Probation Officer have conferred, and all agree to this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

    by: */s/ Justin L. Brooke*
        Justin L. Brooke
        Assistant United States Attorney
        (914) 993-1918

CC:    Elizabeth Quinn, Esq. (via ECF and email)
        Jeffrey Steimel, U.S. Probation Officer (via email)