UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :
v.                                  :     **RESCHEDULING ORDER**
                                    :
ROLAND BARNER,                      :     7:24-cr-00243-PMH
                                    :
                  Defendant.        :
-----------------------------------------------------------x

Sentencing in this matter currently scheduled for February 13, 2025 is rescheduled to February 25, 2025 at 11:30 a.m. in Courtroom 520 at the White Plains Courthouse.

Defendant's submission is due by February 4, 2025. Government's submission is due by February 11, 2025.

**SO ORDERED:**

Dated: White Plains, New York
       November 7, 2024

_____
Philip M. Halpern
United States District Judge