# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Tamara Giwa*
Executive Director

---

> Application granted. The sentencing scheduled for February 25, 2025 is adjourned to June 5, 2025 at 2:30 p.m. The Court will advance the sentencing date if an earlier date becomes available so Defendant's sentencing submission is due by March 21, 2025 and the Government's response is due by March 28, 2025. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 22).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         January 27, 2025

**BY ECF & email**

Honorable Philip M. Halpern
United States District Judge
Southern District of New York
The Hon. Charles. L. Brieant Jr.
Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY 10601

Re:   *United States of America v. Roland Barner*,
      **24 Cr. 243 (PMH)**

Honorable Judge Halpern:

With the consent of the Government, I respectfully request the Court adjourn the sentencing hearing in this matter, currently scheduled for Tuesday, February 25, 2025 at 11:30 P.M., for approximately 30 to 45 days.

The requested adjournment is necessary because the Probation Department has not yet submitted the Presentence Investigation Report. The parties cannot complete their sentencing submissions without it. Accordingly, I respectfully request the Court adjourn Mr. Barner's sentencing hearing for approximately 30 to 45 days.

I have conferred with Assistant United States Attorney Shaun Werbelow, who consents to the adjournment on behalf of the United States.

Thank you for considering this request.

Respectfully submitted,

_____
Christopher Flood
Counsel for Mr. Roland Barner
Assistant Federal Defender
Tel.: (212) 417-8734

cc:   AUSA Shaun Werbelow (by ECF & email)