# Federal Defenders
## OF NEW YORK, INC.

Southern District
Street, 10th Floor
York, NY 10007
x: (212) 571-0392

Tamara Giwa
*Executive Director*

nifer L. Brown
*orney-in-Charge*

---

Application granted. Defendant's sentencing submission is due by April 9, 2025 and the Government's response is due by April 16, 2025. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 26).

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        March 31, 2025

---

**BY ECF & email**

Honorable Philip M. Halpern
United States District Judge
Southern District of New York
The Hon. Charles. L. Brieant Jr.
Federal Building and U.S. Courthouse
300 Quarropas St.
White Plains, NY  10601

> **Re:**  ***United States of America v. Roland Barner*,**
>          **24 Cr. 243 (PMH)**

Honorable Judge Halpern:

    With the consent of the Government, I respectfully request the Court extend the filing deadlines for submission of the sentencing materials in this case. Sentencing is scheduled to take place on Thursday, June 5, 2025 at 2:30 P.M. Defense sentencing submissions were due Friday, March 21, 2025 and the Government's submission is due March 28, 2025. However, the Defense could not adhere to this schedule because the final Presentence Investigation Report (PSR) did not issue until March 21, 2025.

    Accordingly, to allow the Defense to review the PSR with Mr. Barner and incorporate its findings into our sentencing materials, I respectfully request the Court extend the schedule for submission of sentencing materials to require the Defense to make its submission on or before Wednesday, April 9, 2025, with the Government's submission due by Wednesday, April 16, 2025.

    I have conferred with Assistant United States Attorney Shaun Werbelow, who consents to this extension on behalf of the United States.

    Thank you for considering this request.

                                        Respectfully submitted,

                                        Christopher Flood
                                        Counsel for Mr. Roland Barner
                                        Assistant Federal Defender
                                        Tel.: (212) 417-8734

cc:    AUSA Shaun Werbelow (by ECF & email)